**DISMISS; Opinion issued April 19, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00233-CV**

**MARK D. JOHNSON, Appellant**
**V.**
**STRUCTURED ASSET SERVICES, LLC, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-12-643**

**MEMORANDUM OPINION**

Before Justices Francis, Lang, and Evans

The Court has before it appellant's March 29, 2013 motion to dismiss appeal. The Court

**GRANTS** the motion and **DISMISSES** the appeal. *See* TEX. R. APP. P. 42.1(a)(2).


PER CURIAM


130233F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARK D. JOHNSON, Appellant

No. 05-13-00233-CV     V.

STRUCTURED ASSET SERVICES, LLC,
Appellee

On Appeal from the 382nd Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 1-12-643.
Opinion delivered per curiam. Justices
Francis, Lang and Evans sitting for the
Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee STRUCTURED ASSETSERVICES, LLC recover its costs of this appeal from appellant MARK D. JOHNSON.

Judgment entered April 19, 2013.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

–2–